

JTW: 12.04.23
KSC/AS: USAO#2023R0752

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC 23cr434 |
| | * | |
| JOSUE MAURICIO ARRUE PANIAGUA, | * | (Possession of a Firearm by a |
| Defendant. | * | Prohibited Person, 18 U.S.C. § |
| | * | 922(g); Forfeiture, 18 U.S.C. |
| | * | § 924(d), 21 U.S.C. § 853(p), 28 |
| | * | U.S.C. § 2461(c),) |

\* \* \* \* \* \* \* \* \* \* \* \*

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about May 26, 2023, in the District of Maryland, the defendant,

**JOSUE MAURICIO ARRUE PANIAGUA,**

being an alien illegally and unlawfully in the United States, and knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition, to wit, a CZ model CZ p-10 C, 9x19 millimeter, bearing serial number C267573, two (2) rounds of Winchester .38 special caliber ammunition, one (1) round of Hornady .38 special caliber ammunition, one (1) round of Remington Peters .38 special caliber ammunition, one (1) round of Koenig .38 caliber ammunition, one (1) round of Federal Cartridge 9mm Luger ammunition, one (1) round of AMMO Inc., 9mm Luger ammunition, all in and affecting commerce.

18 U.S.C. § 922(g)(5)(A)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense alleged in Count One, the Defendant,

**JOSUE MAURICIO ARRUE PANIAGUA,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to:

   a. a CZ model CZ p-10 C, 9x19 millimeter handgun, bearing serial number C267573; and

   b. approximately two (2) rounds of Winchester .38 special caliber ammunition;

   c. approximately one (1) round of Hornady .38 special caliber ammunition;

   d. approximately one (1) round of Remington Peters .38 special caliber ammunition;

   e. approximately one (1) round of Koenig .38 caliber ammunition;

   f. approximately one (1) round of Federal Cartridge 9mm Luger ammunition; and

   g. approximately one (1) round of AMMO Inc. 9mm Luger ammunition.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
EREK L. BARRON
United States Attorney

**SIGNATURE REDACTED**  12/5/23
_____
Foreperson        Date: