IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *    **CRIMINAL NO. TDC-23-434** |
| **JOSUE PANIAGUA** | * |
| **Defendant** | * |

\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

MADAM CLERK:

      Please enter my appearance, Assistant U.S. Attorney Anatoly Smolkin, in this case as co-counsel for the United States of America.

Respectfully submitted,

Erek L. Barron
United States Attorney

          /s/
Anatoly Smolkin
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800