_____ FILED      _____ ENTERED
_____ LOGGED   _____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEC 1 3 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

UNITED STATES OF AMERICA

           vs.

Josue Mauricio Arrue Paniagua

\*

\*

\*

Case No.   TDC 23-cr-00434-1

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_Julie Reamy_____, and the Government was represented by Assistant United States

Attorney _Joel Crespo_____, it is

**ORDERED,** this _____13th_____ day of __December_____ 2023,

that the above-named defendant be, and the same hereby is, DETAINED by agreement of the

parties without prejudice to either side requesting a prompt hearing to set appropriate conditions

of release or otherwise address the detention of the defendant.

_____
Ajmel A. Qureshi
United States Magistrate Judge