IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CRIM. NO. TDC-23-00434** |
| **JOSUE ARRUE-PANIAGUA,** | * | |
| | * | |
| **Defendant** | * | |

...oOo...

## CONSENT MOTION TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT

The United States of America, by and through its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, Kenneth S. Clark and Anatoly Smolkin, Assistant United States Attorneys for said District, respectfully submits this Motion to Exclude Time Pursuant to the Speedy Trial Act, and in support avers the following:

1. The defendant has been charged in an indictment returned by the Grand Jury on December 5, 2023 with being a prohibited person in possession of a firearm and ammunition, in violation of Title 18, United States Code Section 922(g).  ECF 1.

2. An initial appearance and arraignment was held on December 13, 2023.  ECF 5. The Court entered a Scheduling Order setting deadlines for defense motions (January 10, 2024) and a Status Conference (January 17, 2024).  ECF 9.

3. The Government is in the process of producing discovery to Defense counsel and will continue on a rolling basis.  Once Defense counsel has had an opportunity to complete a review of the discovery, the parties will discuss the possibility of a plea resolution and will notify the Court of any updates on those discussions and the need to schedule trial or motions hearings. Separately, the parties have asked that the court schedule a Status Conference for on or after March 1, 2024.

4. The Speedy Trial Act requires that the defendant be brought to trial within seventy days of the later of either the filing of an indictment or the first appearance before a judicial officer of the court in which the charge is pending. 18 U.S.C. § 3161(c)(1). The Speedy Trial Act allows for exclusions of time from the calculation of time within which the trial must commence. 18 U.S.C. § 3161(h). Specifically, "[a]ny period of delay resulting from a continuance […] at the request of the attorney for the Government, if the judge granted such continuance on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in having a speedy trial" shall be excluded from computing the time within which the trial of any such offense must commence. § 3161(h)(7)(A). In making such a finding, the court shall consider "whether the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(b)(iv).

6. In this matter, the parties requests an exclusion of time from the date of the initial appearance, December 13, 2023 until March 1, 2024 to allow time for plea negotiations, review of discovery materials, and preparations for motions and/or trial if necessary. In light of these circumstances, the parties have consented to this exclusion of time.

7. The exclusion of time grants the parties reasonable time for effective review of discovery, preparation, and for discussion of possible resolution of this matter. Therefore, the ends of justice served by the exclusion of time outweigh the best interests of the defendant or the public in having a speedy trial, especially in light of the defendant's consent to this motion.

**WHEREFORE**, the United States requests that the Court issue an order exclusion of all time from December 13, 2023 until March 1, 2024 from the time-period within which trial must commence.

A proposed Order is attached for the Court's consideration.

                                      Respectfully Submitted,

                                      Erek L. Barron
                                      United States Attorney

By:_____/s/_____
        Kenneth S. Clark
        Anatoly Smolkin
        Assistant United States Attorneys
        United States Attorney's Office
        36th South Charles Street, 4th Floor
        Baltimore, MD 21202
        (410) 209-4800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   **CRIM. NO. TDC-23-00434** |
| **JOSUE ARRUE-PANIAGUA,** | * |
| | * |
| **Defendant** | * |

...oOo...

### ORDER

This Court having considered the Government's Consent Motion to Exclude Time under the Speedy Trial Act, and for the reasons stated therein, the Court finds that, pursuant to Title 18, United States Code, Section 3161(h)(7), the interests of justice will be served by continuing the trial date beyond the speedy trial date and that the ends of justice served by such a delay in the trial outweigh the interests of the public and the defendants in a speedy trial, in that:

A. the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

B. the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendant and the attorneys for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

C. it would be in the interest of justice to allow additional time for the parties to pursue plea negotiations.

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time

1

between December 13, 2023 and March 1, 2024, shall be excluded from the computation of time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act.

_____       _____
Date                                                                        The Honorable Theodore D. Chuang
                                                                                   United States District Court Judge