

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

Kenneth S. Clark
*Assistant United States Attorney*
kenneth.clark@usdoj.gov

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

DIRECT: 410-209-4859
MAIN: 410-209-4800
FAX: 410-962-0717

January 9, 2024

**VIA ECF**

The Honorable Theodore D. Chuang
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Joint Status Report
                *United States v. Josue Arrue Paniagua*
                Crim. No. TDC-23-00434

Dear Judge Chuang:

      Pursuant to the Court's December 14, 2023 Scheduling Order (ECF 9), we write to provide the Court with a status update in the above-referenced matter. The parties have discussed the nature of the case and its status. The government is in the process of preparing discovery for defense counsel, who will require time to review those materials and discuss the matter further with Mr. Arrue Paniagua. In light of that, the parties ask that the court amend the Scheduling Order to allow for an additional 45 days before filing of defense motions and a status conference. Specifically, the parties request that:

1. The Court reset the deadline for defense motions for February 23, 2024; and

2. The Court reset the January 17, 2024 Status Conference for on or after March 1, 2024.

The parties are filing a separate motion to exclude time pursuant to the Speedy Trial Act (and proposed order) to address the time through March 1, 2024.

Of course, please do not hesitate to contact us with any questions or concerns.

                                  Respectfully submitted,

                                  Erek L. Barron
                                  United States Attorney

                    By:       /s/
                                  Kenneth S. Clark
                                  Anatoly Smolkin
                                  Assistant United States Attorneys

cc: Julie Reamy, Esq. (via ECF and email)

                                  JOINT STATUS REPORT:  **GRANTED**

                                  THEODORE D. CHUANG
                                  United States District Judge

                                  January 9, 2024