BALTIMORE
DEC 5 PM 3:06

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. TDC 23cr 434 |
| JOSUE MAURICIO ARRUE PANIAGUA | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSUE MAURICIO ARRUE PANIAGUA

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)
Forfeiture 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)

Date: 12/05/2023

_____
Issuing officer's signature

City and state: Baltimore, Maryland

Honorable J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/5/23, and the person was arrested on *(date)* 12/13/23
at *(city and state)* Frederick MD

Date: 12/13/23

_____
Arresting officer's signature

K. Yackovich TFO (FBI)
*Printed name and title*

Law Enforcement

23-65235
2023-1232 (99161)