UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSUE MAURICIO ARRUE PANIAGUA,<br><br>Defendant. | Criminal Action No. TDC-23-0434 |

## ORDER

During the Telephone Status Conference on March 1, 2024, the Court set the following deadline:

**Defendant's Pretrial Motion(s): April 5, 2024**

Another Status Conference is scheduled for **Monday, April 8, 2024 at 3:30 p.m.** Instructions for that conference call will be docketed separately.

Date: March 4, 2024

THEODORE D. CHUANG
United States District Judge