

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

Kenneth S. Clark
*Assistant United States Attorney*
kenneth.clark@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4859
MAIN: 410-209-4800
FAX: 410-962-0717

April 5, 2024

**VIA ECF**

The Honorable Brendan A. Hurson
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Joint Status Report - *United States v. Josue Arrue Paniagua*
            Crim. No. BAH-23-00434

Dear Judge Hurson:

    Pursuant to the Court's April 2, 2024 Order (ECF 22), we write to provide the Court with a status update in the above-referenced matter. We have discussed this matter with defense counsel and the parties ask that the Court to schedule a further status report on April 26, 2024. We anticipate that Mr. Arrue Paniagua will appear in the near future on a broader case. Assuming that happens in relatively short order, the Government anticipates asking the Court to dismiss this matter.

    Of course, please do not hesitate to contact us with any questions or concerns.

                        Respectfully submitted,

                        Erek L. Barron
                        United States Attorney

        By:      /s/
                   Kenneth S. Clark
                   Anatoly Smolkin
                   Assistant United States Attorneys

cc: Julie Reamy, Esq. (via ECF and email)